# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PEPPER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARITABLE RESOURCE FOUNDATION, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV-14-2573-SVW-FFM<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>JS-6<br><br>\*\*Note changes made by Court\*\* |

Having considered the Stipulation between the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The entire action is to be dismissed in its entirety with prejudice.

2. Plaintiff shall not re-file any action against Defendant with respect to any of the claims he has alleged in this action and/or has released through the proposed settlement.

///

///

///

///

3. Except as provided for in the proposed settlement between Plaintiff and Defendant, each party shall bear its own attorneys' fees and costs.

~~4. This Court is to retain jurisdiction to enforce the proposed settlement between Plaintiff and Defendant if needed.~~

**IT IS SO ORDERED.**

Dated: June 30, 2017

_____
Hon. Stephen V. Wilson
United States District Judge